# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>AFRICK, LANCE M. | 2. Court or Organization<br><br>USDC, EASTERN DISTRICT OF LA | 3. Date of Report<br><br>07/07/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>FULL-TIME U.S. DISTRICT JUDGE | 5a. Report Type (check appropriate type)<br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

500 POYDRAS STREET
ROOM C-405
NEW ORLEANS, LA 70130

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Executive Committee Member and Past President | Allstate Sugar Bowl |
| 2. | Director | ▒▒▒▒ Foundation, Inc. |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 07/07/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | Brown Sims, PC - wages |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Conference Institute | February 27 - February 28, 2014 | Houston, TX | Annual Forum | food, hotel, transportation |
| 2. | American Conference Institute | March 31 - April 1, 2014 | Chicago, IL | Annual Forum | food, hotel, transportation |
| 3. | Louisiana State Bar Association | June 3 - June 6, 2014 | Destin, FL | Summer School Program | hotel, transportation |
| 4. | American Conference Institute | July 30 - August 1, 2014 | New York, NY | Annual Forum | hotel, transportation |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 07/07/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 07/07/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ▢ Investments, Inc. | B | Dividend | M | U | | | | | |
| 2. ▢ Investments, LP | G | Dividend | P1 | T | | | | | |
| 3. Louisiana Local Gov. Enviro (Municipal Bond) | A | Interest | J | T | | | | | |
| 4. Krispy Kreme Donuts, Inc. | | None | J | T | | | | | |
| 5. RMA Tax Free Fund, Inc. (UBS) | A | Dividend | N | T | Buy | 01/02/14 | J | | |
| 6. | | | | | Buy | 01/02/14 | J | | |
| 7. | | | | | Buy | 01/03/14 | K | | |
| 8. | | | | | Sold (part) | 01/06/14 | J | | |
| 9. | | | | | Buy | 01/07/14 | K | | |
| 10. | | | | | Buy | 01/16/14 | J | | |
| 11. | | | | | Sold (part) | 01/17/14 | J | | |
| 12. | | | | | Buy | 01/21/14 | J | | |
| 13. | | | | | Sold (part) | 01/22/14 | J | | |
| 14. | | | | | Sold (part) | 01/24/14 | J | | |
| 15. | | | | | Buy | 01/27/14 | J | | |
| 16. | | | | | Buy | 01/30/14 | J | | |
| 17. | | | | | Sold (part) | 02/03/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 07/07/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy | 02/04/14 | L | | |
| 19. | | | | | Buy | 02/05/14 | J | | |
| 20. | | | | | Sold (part) | 02/06/14 | J | | |
| 21. | | | | | Buy | 02/19/14 | J | | |
| 22. | | | | | Buy | 02/24/14 | J | | |
| 23. | | | | | Sold (part) | 02/26/14 | K | | |
| 24. | | | | | Sold (part) | 02/27/14 | J | | |
| 25. | | | | | Sold (part) | 02/28/14 | J | | |
| 26. | | | | | Buy | 03/04/14 | J | | |
| 27. | | | | | Buy | 03/05/14 | J | | |
| 28. | | | | | Buy | 03/06/14 | J | | |
| 29. | | | | | Sold | 03/07/14 | J | | |
| 30. | | | | | Sold | 03/12/14 | J | | |
| 31. | | | | | Buy | 03/18/14 | J | | |
| 32. | | | | | Sold | 03/25/14 | J | | |
| 33. | | | | | Buy | 03/25/14 | J | | |
| 34. | | | | | Sold (part) | 03/25/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| AFRICK, LANCE M. | 07/07/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy | 03/28/14 | J | | |
| 36. | | | | | Sold (part) | 03/31/14 | J | | |
| 37. | | | | | Buy | 04/02/14 | K | | |
| 38. | | | | | Sold (part) | 04/03/14 | L | | |
| 39. | | | | | Sold (part) | 04/04/14 | J | | |
| 40. | | | | | Sold (part) | 04/15/14 | J | | |
| 41. | | | | | Buy | 04/16/14 | J | | |
| 42. | | | | | Buy | 04/24/14 | J | | |
| 43. | | | | | Sold (part) | 04/25/14 | J | | |
| 44. | | | | | Buy | 04/29/14 | J | | |
| 45. | | | | | Buy | 05/02/14 | K | | |
| 46. | | | | | Sold (part) | 05/05/14 | J | | |
| 47. | | | | | Buy | 05/16/14 | L | | |
| 48. | | | | | Sold (part) | 05/20/14 | J | | |
| 49. | | | | | Sold (part) | 05/22/14 | J | | |
| 50. | | | | | Sold (part) | 05/23/14 | J | | |
| 51. | | | | | Buy | 05/23/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 07/07/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 05/29/14 | J | | |
| 53. | | | | | Buy | 06/03/14 | K | | |
| 54. | | | | | Sold (part) | 06/04/14 | J | | |
| 55. | | | | | Buy | 06/09/14 | J | | |
| 56. | | | | | Buy | 06/17/14 | J | | |
| 57. | | | | | Sold (part) | 06/18/14 | J | | |
| 58. | | | | | Sold (part) | 06/23/14 | J | | |
| 59. | | | | | Buy | 06/24/14 | J | | |
| 60. | | | | | Buy | 06/27/14 | J | | |
| 61. | | | | | Buy | 07/02/14 | K | | |
| 62. | | | | | Buy | 07/16/14 | J | | |
| 63. | | | | | Buy | 07/25/14 | J | | |
| 64. | | | | | Sold (part) | 07/29/14 | K | | |
| 65. | | | | | Buy | 07/30/14 | J | | |
| 66. | | | | | Buy | 08/04/14 | J | | |
| 67. | | | | | Buy | 08/05/14 | J | | |
| 68. | | | | | Buy | 08/15/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 07/07/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy | 08/18/14 | J | | |
| 70. | | | | | Buy | 08/25/14 | J | | |
| 71. | | | | | Buy | 08/28/14 | J | | |
| 72. | | | | | Sold (part) | 08/29/14 | J | | |
| 73. | | | | | Buy | 09/03/14 | J | | |
| 74. | | | | | Buy | 09/05/14 | K | | |
| 75. | | | | | Sold (part) | 09/10/14 | K | | |
| 76. | | | | | Sold (part) | 09/15/14 | J | | |
| 77. | | | | | Sold (part) | 09/16/14 | J | | |
| 78. | | | | | Buy | 09/24/14 | J | | |
| 79. | | | | | Buy | 09/29/14 | J | | |
| 80. | | | | | Buy | 10/02/14 | K | | |
| 81. | | | | | Buy | 10/16/14 | J | | |
| 82. | | | | | Sold (part) | 10/17/14 | J | | |
| 83. | | | | | Buy | 10/27/14 | J | | |
| 84. | | | | | Sold (part) | 10/28/14 | J | | |
| 85. | | | | | Sold (part) | 10/29/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 07/07/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy | 10/30/14 | J | | |
| 87. | | | | | Buy | 11/04/14 | K | | |
| 88. | | | | | Sold (part) | 11/10/14 | J | | |
| 89. | | | | | Sold (part) | 11/13/14 | J | | |
| 90. | | | | | Buy | 11/14/14 | J | | |
| 91. | | | | | Buy | 11/18/14 | J | | |
| 92. | | | | | Buy | 11/21/14 | J | | |
| 93. | | | | | Sold (part) | 11/26/14 | J | | |
| 94. | | | | | Sold (part) | 11/28/14 | J | | |
| 95. | | | | | Buy | 12/01/14 | J | | |
| 96. | | | | | Buy | 12/02/14 | K | | |
| 97. | | | | | Buy | 12/09/14 | M | | |
| 98. | | | | | Buy | 12/15/14 | J | | |
| 99. | | | | | Buy | 12/15/14 | J | | |
| 100. | | | | | Sold (part) | 12/16/14 | M | | |
| 101. | | | | | Sold (part) | 12/19/14 | J | | |
| 102. | | | | | Sold (part) | 12/24/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 07/07/2015 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy | 12/24/14 | J | | |
| 104. | | | | | Sold (part) | 12/29/14 | J | | |
| 105. | | | | | Sold (part) | 12/31/14 | J | | |
| 106. Facebook Inc. | | None | K | T | | | | | |
| 107. Allendale, MI Public Callable Bond | B | Interest | K | T | | | | | |
| 108. American Municipal Power OH Callable Bond | A | Interest | K | T | | | | | |
| 109. Maryland St. Health & Higher Bond | B | Interest | K | T | | | | | |
| 110. Louisville Jefferson KY Callable Bond | A | Interest | J | T | | | | | |
| 111. Long Island Power Callable Bond | A | Interest | K | T | | | | | |
| 112. Illinois State FGIC Bond | C | Interest | L | T | | | | | |
| 113. Georgia Municipal Electric Bond | A | Interest | K | T | Redeemed (part) | 01/01/14 | J | A | |
| 114. Clark CTNY Nevada School Callable Bond | B | Interest | K | T | | | | | |
| 115. Columbus OH Swr Callable Bond SER A | B | Interest | K | T | | | | | |
| 116. Columbus OH City Sch Callable Bond | B | Interest | K | T | | | | | |
| 117. Florida St. BER Callable Bond (2) | B | Interest | L | T | | | | | |
| 118. Connecticut St. Health & RV Callable Bond | B | Interest | K | T | | | | | |
| 119. Connecticut St. Health & Ser Callable Bond | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 07/07/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Atlanta GA Water &Wastewater Rev Bond SER A | C | Interest | L | T | | | | | |
| 121. District Columbia Rev Callable Bond | A | Interest | J | T | | | | | |
| 122. Houston TX Util Sys Callable Bond | A | Interest | | | Redeemed | 05/15/14 | L | A | |
| 123. Connecticut ST Gen Rev Callable Bond SRD | A | Interest | J | T | | | | | |
| 124. Duval Co FL Sch Callable Bond | B | Interest | K | T | | | | | |
| 125. Florida St Brd Ed Lottery SR A | B | Interest | K | T | | | | | |
| 126. Nevada St FGIC Callable Bond | B | Interest | K | T | | | | | |
| 127. Univ Houston TX Callable Bond | A | Interest | K | T | | | | | |
| 128. Kendall & Kane Countys Pref (frm Kendall & Kane Countys Callable Bond) | A | Interest | J | T | | | | | |
| 129. Kendall & Kane Countys (formerly Kendall & Kane Countys Callable Bond) | A | Interest | K | T | | | | | |
| 130. Indiana Hlth FAC FING Callable Bond (2) | B | Interest | | | Redeemed | 09/26/14 | K | A | |
| 131. Florida St. Dept Environmen. Callable Bond (3) | C | Interest | M | T | | | | | |
| 132. University Ill Unv Callable Bond | A | Interest | J | T | | | | | |
| 133. Kentucky Infrastruct Callable Bond | B | Interest | L | T | | | | | |
| 134. Florida St Brd Ed. Lottery SrB | B | Interest | K | T | | | | | |
| 135. Metropolitan Trans AUNY SER A (2) | C | Interest | L | T | | | | | |
| 136. New York City Cultural Callable Bond | B | Interest | | | Redeemed | 02/01/14 | L | A | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal
R =Cost (Real Estate Only)
S =Assessment
T =Cash Market
U =Book Value
V =Other
W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 07/07/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. New York City Indus Dev Callable Bond | B | Interest | | | Redeemed | 09/04/14 | K | A | |
| 138. Medical Univ SC Hosp Callable Bond | B | Interest | | | Sold | 03/27/14 | K | A | |
| 139. Metropolitan Trans Auth NY Bond SERIES F | B | Interest | K | T | | | | | |
| 140. Ohio St. Ser A Callable Bond | B | Interest | L | T | | | | | |
| 141. Pennyslvania Higher Ed Callable Bond | B | Interest | K | T | | | | | |
| 142. San Antonio TX Elec Callable Bond | B | Interest | K | T | | | | | |
| 143. Texas State (formerly Texas Transport Comm Gen Callable Bond) | A | Interest | K | T | | | | | |
| 144. Wisconsin St SERC Bond | A | Interest | | | Sold | 03/27/14 | L | B | |
| 145. Amarillo Tex CTFS Callable Bond | B | Interest | K | T | | | | | |
| 146. Conneticut St Gen Ser A Callable Bond | A | Interest | K | T | | | | | |
| 147. Florida St Brd Ed Pub Callable Bond SRD | B | Interest | L | T | | | | | |
| 148. Mass St Port Au Rev Callable Bond | B | Interest | L | T | | | | | |
| 149. Florida St Brd Educ Pub Callable Bond | A | Interest | L | T | | | | | |
| 150. John Hancock Variable Annuity | | None | N | T | | | | | |
| 151. Blackrock MUN Target Term Trust | C | Dividend | L | T | | | | | |
| 152. Nuveen Inter Duration | C | Dividend | L | T | | | | | |
| 153. Pimco Dynamic CR Income FD | C | Dividend | K | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 07/07/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Louisiana St Gas & Fuels Tax | C | Interest | M | T | | | | | |
| 155. Louisiana St RFDG SER C | B | Interest | M | T | | | | | |
| 156. Metro Atlanta Rapid GA SER B (formerly Metropolitan Allstat Rapid..) | B | Interest | L | T | | | | | |
| 157. Pueblo Cnty Colo CTFS PARTN Cnty Judicial Complex | A | Interest | K | T | | | | | |
| 158. Atlanta GA WTR & WASTE WATER FSA SR B | B | Interest | K | T | | | | | |
| 159. Boynton Beach Fla Util Sys Rev | A | Interest | K | T | | | | | |
| 160. Miami Dade Cnty Fla SCH BRD CTFS SER B | B | Interest | L | T | | | | | |
| 161. Louisiana LOC GOVT Environmental Assur SR B | B | Interest | K | T | | | | | |
| 162. Center Coast MLP & Infrastructure FD | C | Dividend | K | T | | | | | |
| 163. New Jersey ST Trans TRFD SER AA | B | Interest | L | T | | | | | |
| 164. Midland Cnty TEX Fresh WTR Supply DIST | C | Interest | M | T | | | | | |
| 165. University WIS Hosps & Clinics Auth Rev SER A | B | Interest | L | T | | | | | |
| 166. Akebia Therapeutics Inc | | None | | | Buy | 03/20/14 | J | | |
| 167. | | | | | Sold | 06/03/14 | J | A | |
| 168. Apple Inc | A | Dividend | K | T | Buy | 07/24/14 | K | | |
| 169. New Jersey Econ DevAuth Rev RFDG-SCH FACS CONSTR-SERNN | | None | M | T | Buy | 12/11/14 | M | | |
| 170. Nuveen Ltd Municipal Bond Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 07/07/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. AT&T Inc. | A | Dividend | J | T | Buy (add'l) | 12/02/14 | J | | |
| 172. Johnson & Johnson | A | Dividend | J | T | Buy (add'l) | 01/21/14 | J | | |
| 173. Proctor & Gamble | A | Dividend | J | T | | | | | |
| 174. PIMCO All Assets All Auth A | | None | | | Sold | 01/21/14 | J | A | |
| 175. First Eagle Global Fund Class A | A | Dividend | J | T | | | | | |
| 176. Pfizer, Inc. | A | Dividend | J | T | | | | | |
| 177. Templeton Global Bond Fund (formerly Franklin/Templeton...) | B | Dividend | K | T | Buy (add'l) | 01/21/14 | J | | |
| 178. FPA Crescent Fund | A | Dividend | K | T | Buy (add'l) | 12/05/14 | J | | |
| 179. Altria Group, Inc. | A | Dividend | J | T | Buy (add'l) | 01/21/14 | J | | |
| 180. | | | | | Buy (add'l) | 12/02/14 | J | | |
| 181. Starbucks Corp | A | Dividend | J | T | | | | | |
| 182. New York CMNTY Bancorp | A | Dividend | | | Sold | 06/30/14 | J | A | |
| 183. Mainstay Marketfield Fund Class A | | None | | | Sold (part) | 10/16/14 | J | A | |
| 184. | | | | | Sold | 12/05/14 | J | A | |
| 185. Yacktman Focused Fund | A | Dividend | J | T | Buy (add'l) | 01/16/14 | J | | |
| 186. Lord Abbett Bond Debenture Fund | A | Dividend | J | T | | | | | |
| 187. Guggenheim Macro Opportunities Fund Class A | B | Dividend | K | T | Buy (add'l) | 01/21/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 07/07/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Berkshire Hathaway CL B | | None | J | T | Buy (add'l) | 10/22/14 | J | | |
| 189. | | | | | Buy (add'l) | 11/06/14 | J | | |
| 190. | | | | | Buy (add'l) | 12/02/14 | J | | |
| 191. | | | | | Buy (add'l) | 12/09/14 | J | | |
| 192. Corning Inc DF | A | Dividend | | | Sold | 10/20/14 | J | A | |
| 193. Fidelity Advisor Floating Rate High Income Fund | A | Dividend | | | Sold | 01/21/14 | J | A | |
| 194. Neuberger Berman Long Short Fund Class | A | Dividend | K | T | | | | | |
| 195. Gotham Absolute Return | A | Dividend | J | T | Buy | 08/27/14 | J | | |
| 196. | | | | | Buy (add'l) | 11/28/14 | J | | |
| 197. Lorillard Inc. | A | Dividend | J | T | | | | | |
| 198. Goldman Sachs Strategic Income CLI | A | Dividend | K | T | Buy (add'l) | 01/21/14 | K | | |
| 199. | | | | | Sold (part) | 12/05/14 | K | | |
| 200. PIMCO Income Fund Class P | A | Dividend | J | T | | | | | |
| 201. ING Large Cap Groqwth Portfolio | | None | | | Sold | 12/05/14 | J | A | |
| 202. ING JP Morgan Mid Cap Val. Portfolio 1 | | None | | | Sold | 12/05/14 | J | A | |
| 203. Loomis Sayles Strategic Income Fund | A | Dividend | K | T | Buy (add'l) | 12/05/14 | J | | |
| 204. ING PIMCO Total Return Portfolio 1 | | None | | | Sold | 12/05/14 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 07/07/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Pioneer Strategic Income Fund Y | | None | | | Sold | 12/05/14 | J | A | |
| 206. American Funds AM Balanced | | None | | | Sold | 12/05/14 | J | A | |
| 207. Pioneer Equity Income Fund Y | | None | | | Sold | 12/05/14 | J | A | |
| 208. Apple Inc | A | Dividend | J | T | Buy | 10/22/14 | J | | |
| 209. Gotham Absolute Return | A | Dividend | J | T | Buy | 08/27/14 | J | | |
| 210. | | | | | Buy (add'l) | 11/28/14 | J | | |
| 211. Third Avenue Focused Cred/ Instl | B | Dividend | | | Buy | 01/16/14 | K | | |
| 212. | | | | | Sold (part) | 10/22/14 | J | A | |
| 213. | | | | | Sold | 11/28/14 | K | A | |
| 214. Qualcomm Inc DE | A | Dividend | J | T | Buy | 08/29/14 | J | | |
| 215. | | | | | Buy (add'l) | 12/02/14 | J | | |
| 216. Avenue Credit Strategies Fund | A | Dividend | J | T | Buy | 01/16/14 | K | | |
| 217. | | | | | Sold (part) | 11/28/14 | J | A | |
| 218. Goldman Sachs, Inc Bder I | A | Dividend | K | T | Buy | 01/15/14 | K | | |
| 219. Mainstay Marketfield Fund Class I | | None | | | Buy | 02/10/14 | J | | |
| 220. | | | | | Sold | 11/28/14 | J | A | |
| 221. Goldman Sachs Strategic Income CLI | A | Dividend | J | T | Buy | 02/12/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 07/07/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Sold (part) | 07/24/14 | J | | |
| 223. Guggenheim Floating Rate Strategies | | None | | | Buy | 02/12/14 | J | | |
| 224. | | | | | Sold | 07/24/14 | J | A | |
| 225. First Eagle Gloval Income Builder | A | Dividend | J | T | Buy | 02/12/14 | J | | |
| 226. Prudential Short Duration High Yield Tax | A | Dividend | J | T | Buy | 02/12/14 | J | | |
| 227. Blackrock Global Long Short Equity | | None | | | Buy | 02/12/14 | J | | |
| 228. | | | | | Sold | 07/24/14 | J | A | |
| 229. Lord Abbott Short Duration Income | A | Dividend | J | T | Buy | 02/12/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 07/07/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ LANCE M. AFRICK**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544